NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


TONY GLACKIN,   )
   )
        Appellant,   )
   )
v.   )   Case No. 2D18-308
   )
KATHRYN M. POTTER,   )
   )
        Appellee.   )
_____)

Opinion filed November 21, 2018.

Appeal from the Circuit Court for Pinellas
County; Amy M. Williams, Judge.

Susan M. Helms and R. Michael Robinson,
St. Petersburg, for Appellant.

Nathaniel B. Kidder of Kidder & Bennett, St.
Petersburg, for Appellee.


PER CURIAM.


      Affirmed.


VILLANTI, KHOUZAM, and ROTHSTEIN-YOUAKIM, JJ., Concur.